IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RONALD CLEMMONS )
) No. 3-13-0331
v. )
)
INTERNATIONAL PAPER d/b/a Temple )
Inland )

O R D E R

Pursuant to the order entered May 30, 2013 (Docket Entry No. 10), counsel for the parties called the Court on January 9, 2014, at which time the following matters were addressed:

1. Counsel advised that the parties will not use any experts in this case.

2. The parties want to devote the next 2-3 weeks to determining the potential for settlement. As a result, the following scheduling deadlines will be extended.

3. The February 14, 2014, deadline for completion of fact discovery is extended to March 7, 2014.

4. The February 21, 2014, deadline for filing any discovery motion is extended to March 14, 2014. Alternatively, counsel for the parties shall, by March 14, 2014, schedule a telephone conference call with the Magistrate Judge to address any discovery disputes or issues.

5. The April 4, 2014, deadline for filing any dispositive motion is extended to April 25, 2014. Any response shall be filed within 31 days of the filing of the motion or by May 26, 2014, if the motion is filed on April 25, 2014. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by June 9, 2014, if the response is filed on May 26, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after June 9, 2014, except with the express permission of the Honorable John T. Nixon.

There shall be no stay of discovery before the March 7, 2014, deadline for completion of discovery even if a dispositive motion is filed prior thereto.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge